UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE UBIQUITI INC.
SECURITIES LITIGATION

Case No. 1:21-cv-04520-DLC

**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lead Plaintiff Irit Lukomski, and Defendants Ubiquiti Inc., Robert J. Pera, and Kevin Radigan, by their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned case without prejudice. No consideration has been given, offered, or promised to Lead Plaintiff or Lead Counsel in connection with this dismissal. All parties agree to bear their own costs and attorneys' fees.

Dated: January 4, 2022                                Respectfully submitted,

*So ordered.*
*Denise Cote*
*1/5/22*

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Jonathan Stern
Jonathan Stern, Esq.
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
          lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Irit Lukomski*

**SIMPSON THACHER & BARTLETT LLP**

By: /s/ Peter E. Kazanoff
Peter E. Kazanoff
Nicholas S. Goldin
Jonathan S. Kaplan
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
pkazanoff@stblaw.com
ngoldin@stblaw.com
jonathan.kaplan@stblaw.com

*Counsel for Defendants Ubiquiti Inc., Robert J. Pera, and Kevin Radigan*

1

**SO ORDERED:**

_____
**HON. DENISE L. COTE, U.S.D.J.**